[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-15962
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 27, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 01-03658-CV-JOF-1

MALCOLM  BOARTFIELD, et al.,

Plaintiffs,

HELEN CLEVELAND,

Plaintiff-Appellant,

versus

TOWERS PERRIN FORSTER CROSBY, INC.,
d.b.a. Towers Perrin,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(June 27, 2006)**

Before CARNES, PRYOR and FAY, Circuit Judges.

PER CURIAM:

The ruling awarding attorney fees to the appellee is affirmed based upon the reasons set forth in the ORDER of the district court entered on September 27, 2005, which is fully supported by the record.

AFFIRMED.